■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESHONE PORTER, Appellant. [899 NYS2d 876]—Appeal by the defendant from a judgment of the County Court, Nassau County (Gulotta, J.), rendered October 8, 2008, convicting him of criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to appeal was knowing, voluntary, and intelligent (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Seaberg*, 74 NY2d 1, 11 [1989]), and that waiver forecloses appellate review of his contention that the sentence imposed was excessive (*see People v Baer*, 68 AD3d 1011 [2009], *lv denied* 14 NY3d 797 [2010]; *People v Hairston*, 53 AD3d 669 [2008]). Rivera, J.P., Florio, Miller, Chambers and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVARISTO RODRIGUEZ, Appellant. [899 NYS2d 874]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Murphy, J.), rendered July 3, 2008, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]).

The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental pro se brief. Mastro, J.P., Miller, Leventhal and Belen, JJ., concur.